# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**-vs-**                                       **Case No.  6:07-cv-221-Orl-19DAB**

**1998 FREIGHTLINER SEMI-TRUCK, Vin # 1FUYSSZBOWP944483, 1991 UTILITY REFRIGERATED TRAILER, Vin # 1UYVS2487MT442937, $330,100 in U.S. CURRENCY**

          **Defendants.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO COMPEL (Doc. No. 35)**
>
> **FILED:**       **November 7, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

    On February 12, 2007, the Government filed this forfeiture action arising from the seizure of a Freightliner semi-truck and a utility refrigerated trailer in which $330,100 in currency was found when the vehicle was stopped along Interstate 4 on September 20, 2006[1].  Doc. No. 1.  On February 27, 2007, the United States provided the driver, Claimant Fidel Marrero, with notice of the action.

_____

[1]The Amended Verified Complaint for Forfeiture In Rem was filed on February 23, 2007. Doc. No. 11.

Doc. No. 14.  On March 13, 2007, Fidel Marrero filed a claim and answer to the Amended Complaint. Doc. No. 15, 16.

On September 27, 2007, the Government served its First Set of Interrogatories, Request for Admissions, and Request for Production of Documents on Marrero through his attorney, Robert A. Rosenblatt, via U.S. Mail and by email.  *See* Doc. No. 35.  Responses to the discovery were due on or about October 30, 2007.  When the responses were not received, the Government filed this Motion to Compel the responses on November 7, 2007.  Doc. No. 35.  Despite a follow up letter from the Government, Marrero's counsel failed to respond to the discovery.  Marrero has not filed a response to the Motion to Compel.

Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Marrero respond to the Government's First Set of Interrogatories, Request for Admissions, and Request for Production of Documents **within 11 days of the date of this ORDER**.  The Court admonishes Claimant Marrero that failure to comply could result in imposition of sanctions including: (1) striking of certain pleadings; (2) barring him from supporting certain defenses or introducing certain evidence; (3) treating his conduct as contemptuous; and/or (4) assessing reasonable attorney's fees and expenses. Fed. R. Civ. P. 37(b).  **Sanctions may also include entry of a default against him**.  Fed. R. Civ. P. 37(b).

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-