**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

      **v.**                           **Case No. 6:07-cv-221-Orl-19DAB**

**1998 FREIGHTLINER SEMI-TRUCK**
**VIN #1FUYSSZBOWP944483**

**1991 UTILITY REFRIGERATED TRAILER**
**VIN #1UYVS2487MT442937**

**$330,100 IN U.S. CURRENCY,**

        **Defendants.**

**<u>JUDGMENT OF FORFEITURE AS TO THE $330,100 IN U.S.CURRENCY</u>**

THIS CAUSE comes before the Court upon the United States of America's

Motion for Judgment of Forfeiture as to the $330,100 in U.S. Currency.  The Court,

having reviewed the Motion for Judgment of Forfeiture as to the $330,100 in U.S.

Currency, and the Court, having been fully advised in the premises hereby finds as

follows:

1.      On February 23, 2007, the Government filed is Amended Verified

Complaint for Forfeiture *in Rem.* (Doc. No. 11).  Specifically, the Government

contended that the $330,100 in U.S. Currency was subject to forfeiture to the United

States, pursuant to 21 U.S.C. § 881(a) - all moneys, negotiable instruments, securities,

or other things of value furnished or intended to be furnished in exchange for controlled

substance.  Fidel Marrero received notice of the Amended Verified Complaint for

Forfeiture *In Rem* on March 1, 2007.  On March 13, 2007, Fidel Marrero filed an answer

to the amended complaint.  (Doc. No. 16).  On March 21, 2007, Fidel Marrero filed a claim to the $330,1000 in U.S. Currency.  (Doc. No. 18).

2.      On May, 9, 2007, the United States filed proof of publication of this civil proceeding.  (Doc. No. 20).  No claims were made by any third parties as to the defendant currency as a result of these publications.

3.      On April 21, 2008, Claimant, Fidel Marrero, filed a Notice of Voluntary Dismissal with prejudice.  (Doc. No. 61).

4.      To date, no person or entity, other than Fidel Marrero, has filed a verified claim to the defendant real property in accordance with Supplemental Rule C(6) and within the 30 days prescribed under 18 U.S.C. § 983(a)(4)(A), and Local Rule 7.01(e).

Accordingly, it is **HEREBY ORDERED**, **ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is ORDERED that all right, title, and interest in the $330,100 is hereby CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 881(a)(6).

It is further **ORDERED, ADJUDGED and DECREED** that the United States and that the Department of Homeland Security, Immigrations and Customs Enforcement is directed to seize and dispose of the $330,100, according to law.

DONE and ORDERED this _29th day of April, 2008, in Orlando, Florida.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Final Decree of Forfeiture - Page 2**

**Final Decree of Forfeiture - Page 3**